Mrs. Mary NEIL, Widow of George Alexander, Plaintiff and Appellee, v. GRAND LODGE OF KNIGHTS OF PYTHIAS, etc. (Colored), Defendant and Appellant.*

No. 14506.

Court of Appeal of Louisiana. Orleans.
March 27, 1933.

Frank B. Smith, of New Orleans, for appellant.

Jos. M. Bowab, of New Orleans, for appellee.

PER CURIAM.

For the reasons assigned in Mrs. Ernestine Flowers, Widow of William Johnson, v. Grand Lodge Knights of Pythias (La. App.) 146 So. 782, decided by us this day, it is ordered, adjudged, and decreed that the judgment herein appealed from is affirmed.

Affirmed.

Mrs. Amelia SMITH, Widow of Isaac Smith, Plaintiff and Appellee, v. GRAND LODGE OF KNIGHTS OF PYTHIAS, etc. (Colored) Defendant and Appellant.*

No. 14514.

Court of Appeal of Louisiana. Orleans.
March 27, 1933.

Frank B. Smith, of New Orleans, for appellant.

Walter M. Barnett, Jr., of New Orleans, for appellee.

PER CURIAM.

For the reasons assigned in Mrs. Ernestine Flowers, Widow of William Johnson, v. Grand Lodge Knights of Pythias (La. App.) 146 So. 782, decided by us this day, it is ordered, adjudged, and decreed that the judgment herein appealed from is affirmed.

Affirmed.

Mrs. Ora PIERCE, Widow of Napoleon Taylor, Plaintiff and Appellee, v. GRAND LODGE OF KNIGHTS OF PYTHIAS, etc. (Colored) Defendant and Appellant.*

No. 14513.

Court of Appeal of Louisiana. Orleans.
March 27, 1933.

Frank B. Smith, of New Orleans, for appellant.

John T. Charbonnet, of New Orleans, for appellee.

PER CURIAM.

For the reasons assigned in Mrs. Ernestine Flowers, Widow of William Johnson, v. Grand Lodge Knights of Pythias (La. App.) 146 So. 782, decided by us this day, it is ordered, adjudged, and decreed that the judgment herein appealed from is affirmed.

Affirmed.

Mrs. Gertrude HARRIS, Widow of Joseph Dudley, Plaintiff and Appellee, v. GRAND LODGE OF KNIGHTS OF PYTHIAS, etc. (Colored), Defendant and Appellant.*

No. 14523.

Court of Appeal of Louisiana. Orleans.
March 27, 1933.

Frank B. Smith, of New Orleans, for appellant.

John T. Charbonnet, of New Orleans, for appellee.

PER CURIAM.

For the reasons assigned in Mrs. Ernestine Flowers, Widow of William Johnson, v. Grand Lodge Knights of Pythias (La. App.) 146 So. 782, decided by us this day, it is ordered, adjudged, and decreed that the judgment herein appealed from is affirmed.

Affirmed.

*Rehearing denied April 24, 1933.